IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00164-KS

| | |
|---|---|
| ERIC EDWARD BLAIR<br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>  Acting Commissioner of<br>  Social Security,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING DEFENDANT'S MOTION
## TO APPEAR BY VIDEO-TELEPHONE CONFERENCE

Upon consideration of Defendant's unopposed Motion to Appear by Telephone conference for the hearing scheduled on June 19, 2019 at 11:40 a.m., it is hereby ORDERED that Defendant's motion is GRANTED.

SO ORDERED this 23rd day of April 2019.

*Kimberly A. Swank*
Kimberly A. Swank
United States Magistrate Judge