IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00164-KS

| | |
|---|---|
| ERIC EDWARD BLAIR | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
|   Acting Commissioner of | ) |
|   Social Security, | ) |
|     Defendant. | ) |

ORDER GRANTING DEFENDANT'S MOTION
TO APPEAR BY VIDEO TELECONFERENCE

Upon consideration of Defendant's unopposed Motion to Appear by Video Teleconference for the hearing scheduled on June 24, 2019 at 11:10 a.m., it is hereby ORDERED that Defendant's motion is GRANTED.

SO ORDERED this 5h day of June 2019.

*Kimberly A. Swank*
Kimberly A. Swank
United States Magistrate Judge