IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC EDWARD BLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil No. 7:18-CV-00164-KS |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Defendant, Andrew Saul, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose the Defendant's Motion for Remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On remand, the Agency will assign Plaintiff's case to a different Administrative Law Judge to further evaluate Plaintiff's claims, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

This 8th day of June 2021.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge