UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ERIC EDWARD BLAIR,          )
        Plaintiff,        )
                      )
    v.                  )
                      )       **JUDGMENT**
ANDREW SAUL,            )
*Commissioner of Social Security*  )
        Defendant.     )       Case No. 7:18-CV-164-KS
                      )
                      )

---

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Consent Motion to Remand Case to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.


This judgment filed and entered on June 8, 2021, with electronic service upon:

Michael Gillespie, *Counsel for Plaintiff*
James Gillespie, *Counsel for Plaintiff*
Wanda Mason, *Counsel for Defendant*


                                 **PETER A. MOORE, JR.**
                                 CLERK, U.S. DISTRICT COURT


DATE:  June 8, 2021             /s/ *Shelia Foell*
                                  (By): Shelia Foell
                                  Deputy Clerk, U.S. District Court